570 A.2d 970

DARLENE BARBARIS v. LIONEL EHRENWORTH, M.D.

October 31, 1989.

Petition for certification denied.

570 A.2d 970

DARLENE BARBARIS v. LIONEL EHRENWORTH, M.D.

October 31, 1989.

Cross-petition for certification denied.

570 A.2d 970

DORIS O'NEAL, ETC., ET AL. v. E. WYMAN
GARRETT M.D., ET AL. AND PRINCETON
INSURANCE COMPANY.

October 31, 1989.

Petition for certification denied.

570 A.2d 970

STATE OF NEW JERSEY v. ANTHONY MOORE.

October 31, 1989.

Petition for certification denied.